UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD SIDNEY GAHAGAN,<br><br>　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Respondent. | No.　C-12-3165 CW<br>　　　CR-11-0044 CW<br><br>[PROPOSED] ORDER GRANTING UNITED STATES' SECOND REQUEST TO EXTEND DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 |

Pursuant to Crim. L. R. 47-3, and for the reasons stated in the United States' Second Request To Extend Deadline For Response To Defendant's Motion Under 28 U.S.C. § 2255, the United States has requested that the Court extend its response deadline to August 31, 2012. Specifically, the United States requested additional time to review the complete file in the Petitioner's underlying criminal case, which was recently received by the government, and prepare the government's response.

**IT IS HEREBY ORDERED** that the United States' deadline to respond to defendant's motion under 28 U.S.C. § 2255 is extended to August 31, 2012.

DATED:  8/24/2012

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　　HON. CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge